# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JEROME REED,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **5:18-cv-01994-AKK-JEO** |
| **GLADYS M. HOGUE,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report on November 18, 2019, recommending the defendant's special report be treated as a motion for summary judgment and further recommending that the motion be denied. Doc. 16. Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendant's motion for summary judgment is **DENIED**. This matter is **REFERRED** to the magistrate judge for further proceedings.

**DONE** the 30th day of December, 2019.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE